*Alexander, Mr. S. H. West, Mr. C. C. Collins* and *Mr. Roy T. Britton* for the plaintiff in error. No appearance for the defendant in error.

---

No. 911. The United States ex rel. Sali Zimmerspitz, Appellant, *v.* P. L. Prentis et al. Appeal from the District Court of the United States for the Northern District of Illinois. Submitted April 11, 1913. Decided April 28, 1913. *Per Curiam.* Dismissed for the want of jurisdiction. *Lampasas v. Bell*, 180 U. S. 276, 282; *American Sugar Refining Co.* v. *United States*, 211 U. S. 155, 161. *Mr. Benjamin C. Bachrach* for the appellant. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the appellees.

---

No. 223. Marion A. Morse, Plaintiff in Error, *v.* Sidney A. Brown, Sheriff of New London County, Conn. In error to the Supreme Court of Errors of the State of Connecticut. Submitted April 17, 1913. Decided April 28, 1913. *Per Curiam.* Dismissed for the want of jurisdiction. *Anderson* v. *Connecticut*, 226 U. S. 603. *Mr. Donald G. Perkins* and *Mr. Chas. W. Comstock* for the plaintiff in error. *Mr. Chas. B. Whittlesey* for the defendant in error.

---

No. 321. Charles Wilson, Arrested Under the Name of Charles Willard, Appellant, *v.* The United States. Appeal from the District Court of the United States for the Northern District of Illinois. Motion to dismiss submitted April 28, 1913. Decided May 5, 1913.